IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| LaSHANDA HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.   5:15-cv-41-TBR |
| | ) | |
| DOUGLAS AUTOTECH CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Douglas Autotech Corporation ("Douglas" or "Defendant"), by counsel, hereby files this notice to remove an action pending against it in Christian Circuit Court to the United States District Court for the Western District of Kentucky, Paducah Division.  In support of this removal, Defendant states as follows:

### Background

1.      Plaintiff LaShanda Henderson ("Henderson" or "Plaintiff"), by counsel, filed this action on February 2, 2015 in Christian Circuit Court, said action being designated Civil Case No. 15-CI-00083 (the "State Court Action").  A copy of the Complaint in the State Court Action (the "Complaint"), along with the summons and all other pleadings in the State Court Action, are attached as Exhibit A.  The Complaint was served on Defendant's agent for service on February 4, 2015.

2.      Plaintiff, a former employee of Douglas, seeks alleged damages in connection with alleged discrimination and retaliation.  Plaintiff's Complaint alleges causes of action under the Kentucky Civil Rights Act (KRS § 344.010, *et seq.*) (the "KCRA") and the Kentucky Workers' Compensation Act, KRS Chapter 342.

3.      Pursuant to 28 U.S.C. § 1441 and 1446, Defendant seeks to remove this case to federal court based on diversity of citizenship jurisdiction.

## Facts In Support Of Diversity Jurisdiction

4.      Pursuant to 28 U.S.C. § 1332(a), this federal court has original jurisdiction over this civil action based on diversity of citizenship, because this action is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interests and costs. *See* 28 U.S.C. § 1332(a).

5.      Plaintiff alleges in her Complaint she is a resident of Kentucky (Complaint, ¶1).

6.      Defendant, Douglas, is organized under the laws of the State of Delaware, and has its principal place of business in Bronson, Michigan.

7.      Plaintiff purports to seek only $75,000 in damages for lost wages and benefits, compensatory damages, liquidated damages, emotional distress damages, costs, attorney's fees and punitive damages, based on her claims of discrimination and discharge in violation of Kentucky law.  (Complaint ¶ 4).

8.      Based upon the types of damages that Plaintiff seeks, as enumerated in the language of the Complaint, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.  It is at least unclear whether the total amount of damages enumerated in Paragraph 4 of the Complaint also includes attorney fees.

## Venue

9.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Western District of Kentucky is the federal judicial district embracing the Christian Circuit Court, the court in which the State Court Action was originally filed.

## Timely Filing

10.     This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after February 4, 2015, the date on which  Douglas first received service of the Complaint in the State Court Action.

## Procedural Requirements

11.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

12.     Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Christian Circuit Court.

13.     This Notice of Removal has been verified by Wendy C. Hyland, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Christian Circuit Court to the United States District Court for the Western District of Kentucky, Paducah Division.

Respectfully submitted,

*s/ Wendy C. Hyland*
Thomas J. Birchfield
Wendy C. hyland
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, KY  40202
Phone:  (502) 561-3990
Fax:  (502) 561-3991
E-mail: tbirchfield@laborlawyers.com
E-mail:  whyland@laborlawyers.com

COUNSEL FOR DEFENDANT,
DOUGLAS AUTOTECH CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following, by first-class United States mail, postage prepaid, this 23rd day of February, 2015:

Kurt A. Scharfenberger, Esq.
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
Phone:  (502) 561-0777
Fax:  (502) 568-1319
E-mail:  Kurt@Scharfenberger-law.com

COUNSEL FOR PLAINTIFF

*s/ Wendy C. Hyland*
COUNSEL FOR DEFENDANT

4

FPDOCS 30400748.1