# EXHIBIT A

| AOC-105 | Doc. Code: CI | | Case No. 15-CI-00083 |
|---|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice www.courts.ky.gov CR 4.02; CR Official Form 1 | | CIVIL SUMMONS | Court ☑ Circuit ☐ District County Christian |

**PLAINTIFF**

LaShanda Henderson

VS.

**DEFENDANT**

Douglas Autotech Corporation
300 Albers Road
Bronson, MI 49028

Service of Process Agent for Defendant:
Matt Hauret
206 Commerce Court
Hopkinsville, KY 42240

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 2/12, 2015        By: _Mary D Haddock_ Clerk
                            _Jazmine Woodry_ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.    Served by: _____
                                                                              Title

CIVIL ACTION NO. 15-CI-00083

FILED
CHRISTIAN CIRCUIT COURT
2015 FEB 2 PM 12 36
DIVISION 2 I
JUDGE Self
CIRCUIT C. ___ C.

**LaSHANDA HENDERSON**
827 HAYES STREET
HOPKINSVILLE, KY 42240

PLAINTIFF

v.                          **COMPLAINT**

**DOUGLAS AUTOTECH CORPORATION**                      DEFENDANT
300 ALBERS ROAD
BRONSON, MI 49028

  SERVE:  MATT HAURET
          206 COMMERCE COURT
          HOPKINSVILLE, KY 42240

## I.   INTRODUCTION

Comes the Plaintiff, LaShanda Henderson (hereinafter "Henderson" or "Plaintiff"), and for her Complaint against the Defendant, Douglas Autotech, Corporation, (hereinafter "Douglas Autotech" or "Defendant"), hereby states as follows:

## II.   PARTIES, JURISDICTION AND VENUE

1.  Plaintiff Henderson is a Kentucky resident living in Kentucky.

2.  Defendant DOUGLAS AUTOTECH is a foreign corporation doing business in Hopkinsville, Christian County, Kentucky.

3.  Venue is proper in Christian Circuit Court pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred in Christian County, Kentucky.

4. A case and controversy exists between the parties to this action and the amount in controversy exceeds the jurisdictional minimum of this Circuit Court, but is less than $75,000 including fees, interest and the value of any injunctive relief.

### III. FACTS

4. Henderson is a former employee of DOUGLAS AUTOTECH.

5. During Plaintiff's employment she suffered a work place injury requiring medical treatment. In connection with her on-the-job injury, Henderson pursued a workers' compensation claim against DOUGLAS AUTOTECH to receive benefits and medical care.

6. Also while employed at Defendant, Plaintiff learned that she was pregnant and notified Defendant officials of her pregnancy.

7. Subsequent to Henderson's injury and her disclosure of her pregnancy, Defendant regarded and perceived Henderson as disabled. Henderson sought and was refused reasonable accommodations to her work environment for her disabilities. Henderson complained about the discrimination to Defendant management.

8. Following the filing of Plaintiff's workers compensation claim and Plaintiff's complaints of disability discrimination the Defendant terminated the Plaintiff's employment (in retaliation).

### IV. CLAIMS AND CAUSES OF ACTION

#### A. PREGNANCY DISCRIMINATION/UNLAWFUL DISCHARGE

9. Henderson re-alleges all allegations contained in Paragraphs 1 through 9 above as if fully set forth herein.

10. Defendant's actions in unlawfully terminating Henderson's employment because of her pregnancy constitute unlawful discrimination and discharge in violation of the Kentucky Civil

2

Rights Act, Chapter 344 *et. seq.* (hereinafter "KRS 344").[1]

15. As a result of Defendant's actions, Henderson has suffered damages recoverable under KRS 344.

### B. DISABILITY DISCRIMINATION

16. Henderson re-alleges all allegations contained in Paragraphs 1 through 15 above as if fully set forth herein.

17. Henderson was a qualified individual with a disability under KRS 344.

18. The Defendant's actions constitute discrimination on the basis of a disability, a "perceived" disability or a "regarded as" disability, and failure to accommodate in violation of Kentucky Revised Statutes, Chapter 344 § 010 *et. seq.*

19. As a result of the Defendants' actions, Henderson has suffered damages recoverable under KRS 344.

### C. KRS 342.197 WORKERS' COMPENSATION RETALIATION

20. Henderson re-alleges all allegations contained in Paragraphs 1 through 19 above as if fully set forth herein.

21. Defendant's actions constitute retaliation and retaliatory discharge under Kentucky Revised Statutes, Chapter 342 § 197 *et. seq.*

22. As a result of the Defendant's actions, Henderson has suffered damages recoverable under KRS 342.197.

### D. RETALIATORY DISCHARGE

23. Henderson re-alleges all allegations contained in Paragraphs 1 through 22 above as if fully set forth herein.

---

[1] KRS 344 prohibits an employer from discriminating against an employee "because of sex," which includes discrimination on the basis of pregnancy. KRS 344.040; Bergman v. Baptist Healthcare System, 344 F.Supp.2d 998 (W.D.Ky. 2004).

3

15. Defendant's discharge of Henderson constitutes retaliatory discharge in violation of KRS 344.280 *et seq.*

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. Punitive damages to punish and deter similar future unlawful conduct;

F. An award of statutory attorney fees, costs and expenses; and

G. Statutory interest on all damage awards, verdicts or judgments.

Respectfully submitted,

_____
Kurt A. Scharfenberger
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 561-0777 (phone)
(502) 568-1319 (fax)
Kurt@Scharfenberger-law.com

*Attorney for the Plaintiff*

4