**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00041-TBR**


LASHANDA HENDERSON                                                                      Plaintiff,

v.

DOUGLAS AUTOTECH CORPORATION                                                            Defendant.


## ORDER

This matter comes before the Court upon the motion to remand filed by Plaintiff LaShanda Henderson.  (Docket No. 7.)  Defendant Douglas Autotech Corporation has responded, (Docket No. 8), and there is no need for a reply.  For the reasons explained below, Henderson's motion to remand will be GRANTED.

Henderson filed her complaint in the Circuit Court of Christian County, Kentucky.  (Docket 1-2.) The complaint specified that although the amount in controversy exceeded the jurisdictional minimum of the circuit court, it totaled less than $75,000.  (Docket No. 1-2 at ¶ 4.)  Douglas Autotech timely removed the matter to this Court based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332.  (Docket No. 1.) Henderson then filed the instant motion to remand, alleging that the amount in controversy does not exceed $75,000.  (Docket No. 7.)  With her motion, she included a stipulation signed by her counsel asserting that she "will not seek or accept an award of damages in excess of $74,999.00 inclusive of punitive damages, attorneys' fees, and the fair value of any injunctive relief."  (Docket No. 7-1.)

In its response to Henderson's motion to remand, Douglas Autotech notes that Henderson's total request for relief "is now settled at less than Seventy-Five Thousand Dollars ($75,000)."  Therefore, Douglas Autotech agrees that no federal jurisdiction exists and does not object to Henderson's motion. Accordingly, the Court having considered the matter and being otherwise sufficiently advised, IT IS ORDERED that Henderson's motion to remand, (Docket No. 7), is hereby GRANTED.  This case shall be remanded to Christian Circuit Court.